**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSH COLE AICKLEN
Nevada Bar No. 07254
Josh.Aicklen@lewisbrisbois.com
CRAIG S. NEWMAN
Nevada Bar No. 03780
Craig.Newman@lewisbrisbois.com
STEVEN L. FOREMASTER
Nevada Bar No. 10350
Steven.Foremaster@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Attorneys for Attorneys for DEFENDANTS
ROSS STORES, INC. and ROSS DRESS
FOR LESS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LILLIAN KELLY, an Individual, | Case No. 2:24-cv-01258-GMN-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| ROSS STORES, INC., a foreign corporation; ROSS DRESS FOR LESS, INC., a foreign corporation; DOE INDIVIDUALS I-X, and ROE BUSINESS ENTITIES I-X, | **(FIRST REQUEST)** |
| Defendants. | |

### STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case by Ninety (90) days. In addition, the parties request that all other future deadlines contemplated by the Discovery Plan and Scheduling Order be extended pursuant to Local Rule. In support of this Stipulation and Order, the parties state as follows:

153930106.1

1. On June 10, 2023, Plaintiff filed her Complaint in the Eight Judicial District Court in Clark County, Nevada.
2. On July 12, 2024, Defendants removed this matter to the United States District Court, District of Nevada.
3. July 12, 2024, Defendants filed their answer to Plaintiff's Complaint.

## DISCOVERY REMAINING

1. Defendant ROSS STORES, INC. has served written discovery on Plaintiff.
2. Plaintiff has responded to written discovery.
3. Defendants will have a Rule 35 Medical Examination performed on Plaintiff.
4. Defendants will take the deposition of Plaintiff.
5. Plaintiff will depose Defendants' Rule 30(b)(6) designee(s).
6. Defendants may depose Plaintiff's medical providers once able to collect any and all relevant medical treatment records and billing.
7. The parties may depose any expert witnesses that are identified and disclosed
8. The parties may depose any and all other witnesses identified through discovery.

## WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties claim, pursuant to Local Rule 26-3, that good cause exists for the requested extension. This Request for an extension of time is not sought for to delay the proceedings or for any improper purpose.

The parties have been diligently working to complete discovery. However, during the month of December 2024, Plaintiff's counsel was on paternity leave with a newborn son. Then, for the bulk of January 2025, Plaintiff's counsel was preparing for and participating in trial. These activities substantially reduced the available time for counsel to conduct discovery, including numerous necessary depositions. Additionally, before expert disclosures, the parties are inquiring about the potential need of a medical exam and any stipulations and conditions concerning the same. Lastly, the parties plan to attempt to resolve this matter using means of alternate dispute resolution.

153930106.1                                      2

For those reasons, the parties respectfully request an extension of the discovery deadlines in this matter.

<u>Extension or Modification of The Discovery Plan and Scheduling Order</u>. LR 26-3 governs modifications or extension of the Discovery Plan and Scheduling Order. Any stipulation or motion to extend or modify that Discovery Plan and Scheduling Order must be made no later than twenty-one (21) days before the expiration of the subject deadline and must comply fully with LR 26-3.

This is the first request for extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons and good cause for the extension.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | May 27, 2025 | Tuesday August 5, 2025 |
| Expert Disclosure pursuant to FRCP26 (a)(2) | March 28, 2025 | Thursday June 26, 2025 |
| Rebuttal Expert Disclosure pursuant to FRCP. 26(a)(2) | April 28, 2025 | Monday July 28, 2025 |
| Dispositive Motions | June 26, 2025 | Wednesday September 24, 2025 |
| Joint Pretrial Order | July 26, 2025 | Wednesday October 24, 2025<br><br>*If dispositive motions are pending, the parties will submit their Joint Pretrial Order within thirty (30) days of the Court's order as to any dispositive motions.* |

/ / /

/ / /

/ / /

/ / /

153930106.1

3

WHEREFORE, the parties respectfully request this Court extend the discovery period by ninety (90) days from the current deadline of May 27, 2025 up to and including August 5, 2025, and extend the other dates as outlined in accordance with the table above.

IT IS SO STIPULATED.

| DATED the 7th day of March, 2025. | DATED the 7th day of March, 2025. |
|---|---|
| **MCMENEMY HOLMES PLLC** | **LEWIS BRISBOIS BISGAARD & SMITH, LLP** |
| /s/ Ian M. McMenemy<br>Ian M. McMenemy, Esq.<br>Nevada Bar No. 13190<br>Dustun H. Holmes, Esq.<br>Nevada Bar No. 12776<br>1645 Village Center Cir., Suite 291<br>Las Vegas, Nevada 89134<br>Attorneys for Plaintiff<br>LILLIAN KELLY | /s/ Steven L. Foremaster<br>JOSH COLE AICKLEN<br>Nevada Bar No. 07254<br>CRAIG S. NEWMAN<br>Nevada Bar No. 03780<br>STEVEN L. FOREMASTER<br>Nevada Bar No. 10350<br>6385 S. Rainbow Blvd., Ste. 600<br>Las Vegas, Nevada 89118<br>Attorneys for Defendants<br>ROSS STORES, INC. and<br>ROSS DRESS FOR LESS, INC. |

**ORDER**

IT IS SO ORDERED.

Dated this 10th day of March, 2025.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

153930106.1

4