LEWIS BRISBOIS BISGAARD & SMITH LLP
CRAIG S. NEWMAN
Nevada Bar No. 03780
Craig.Newman@lewisbrisbois.com
STEVEN L. FOREMASTER
Nevada Bar No. 10350
Steven.Foremaster@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Attorneys for Defendants Ross Stores, Inc. and Ross Dress for Less, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ILLIAN KELLY, an Individual,,<br><br>Plaintiff,<br><br>vs.<br><br>ROSS STORES, INC., a foreign corporation; ROSS DRESS FOR LESS, INC., a foreign corporation; DOE INDIVIDUALS I-X, and ROE BUSINESS ENTITIES I-X,<br><br>Defendants. | Case No. 2:24-cv-01258-GMN-DJA<br><br>**DEFENDANTS ROSS STORES, INC. AND ROSS DRESS FOR LESS, INC.'S REQUEST FOR EXCEPTION TO IN-PERSON ATTENDANCE REQUIREMENT AT AUGUST 6, 2026 SETTLEMENT CONFERENCE** |

Defendants Ross Stores, Inc. and Ross Dress for Less, Inc., by through their counsel, Craig S. Newman, Esq. and Steven L. Foremaster, Esq. of the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, and pursuant to the Order setting settlement conference (ECF No. [23]) and the Court's June 23, 2026 Minute Order in Chambers (ECF No. [29]), respectfully request their insurance and corporate representative, Jennifer Williams of Sedgwick, be allowed to attend the August 6, 2026 settlement conference with the Honorable Magistrate Daniel J. Albregts, remotely.

Ms. Williams lives and works in the Minneapolis, Minnesota area. The time and costs involved with traveling to and staying overnight in Las Vegas, Nevada to attend the three (3) hour settlement conference outweigh the time and costs for Ms. Williams to attend the

settlement conference via video conference. Ms. Williams will attend the settlement conference with full settlement authority on behalf of both Ross Stores, Inc. and Ross Dress for Less, Inc.

Accordingly, Defendants respectfully request this Honorable Court allow Defendants' insurance and corporate representative, Jennifer Williams, attend the August 6, 2026 settlement conference with Magistrate Albregts, remotely. Counsel for Defendants will attend the settlement conference in-person.

DATED this 23rd day of July, 2026

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Steven L. Foremaster

CRAIG S. NEWMAN
Nevada Bar No. 03780
STEVEN L. FOREMASTER
Nevada Bar No. 10350
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
*Attorneys for Attorneys for Defendants Ross Stores, Inc. and Ross Dress for Less, Inc.*

IT IS THEREFORE ORDERED that the motion for exception to in person attendance (ECF No. 30) is GRANTED.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: July 30, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of July, 2026, a true and correct copy of **DEFENDANTS ROSS STORES, INC. AND ROSS DRESS FOR LESS, INC.'S REQUEST FOR EXCEPTION TO IN-PERSON ATTENDANCE REQUIREMENT AT AUGUST 6, 2026 SETTLEMENT CONFERENCE** was served via the Court's ECF Electronic Filing System on all parties or persons requiring notice.

MCMENEMY HOLMES PLLC
Ian M. McMenemy, Esq.
IAN@mcmenemyholmes.com
Dustun H. Holmes, Esq.
DHH@mcmenemyholmes.com
Jodi A. Farr
JAF@mcmenemyholmes.com
1645 Village Center Cir., Suite 291
Las Vegas, Nevada 89134
Telephone: (702) 874-4878
Facsimile: (702) 874-4969
*Attorneys for Plaintiff*

By /s/ Steven Foremaster
an Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP