Natalie P. Vance
Nevada Bar No. 17006
KLINEDINST PC
4730 South Fort Apache Road, Suite 230
Las Vegas, Nevada 89147
Telephone: (702) 859-4000
Facsimile: (619) 238-8707
nvance@klinedinstlaw.com

Attorneys for Defendant Ross Stores, Inc.;
Ross Dress for Less, Inc,

KLINEDINST PC
4730 SOUTH FORT APACHE ROAD, SUITE 230
LAS VEGAS, NEVADA 89147

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LILLIAN KELLY,

Plaintiff,

v.

ROSS STORES, INC.; ROSS DRESS FOR LESS, INC.,

Defendants.

Case No. 2:24-cv-01258-GNM-DJA

**STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL**

Pursuant to LR IA 11-6, Defendants ROSS STORES, INC., and ROSS DRESS FOR LESS, INC., Steven L. Foremaster, Esq., of Lewis Brisbois Bisgaard & Smith LLP, and Natalie P. Vance, Esq. Klinedinst PC hereby stipulate and agree to substitute Natalie P. Vance, Esq. of Klinedinst PC as counsel of record for Ross Stores, Inc., Ross Dress For Less, Inc., in place of Steven L. Foremaster, Esq., of Lewis Brisbois Bisgaard & Smith LLP.

Natalie P. Vance, Esq., is admitted to practice before this Court and agrees to accept this substitution.

/ / /

/ / /

/ / /

/ / /

KLINEDINST PC
4730 SOUTH FORT APACHE ROAD, SUITE 230
LAS VEGAS, NEVADA 89147

[Signature Outgoing Counsel]

Dated this 8th day of August, 2026.

LEWIS BRISBOIS BISGAARD & SMITH LLP

______________________________
Steven L. Foremaster, Esq.
Nevada Bar No. 10350
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

[Signature Incoming Counsel with Bar No. & Contact Info]

Dated this 12 day of August, 2026.

KLINEDINST PC

______________________________
Natalie P. Vance, Esq.
Nevada Bar No. 17006
4730 South Fort Apache Road, Suite 230
Las Vegas, Nevada 89147
Telephone: (702) 859-4000
Facsimile: (619) 238-8707
nvance@klinedinstlaw.com

[Signature Block: Client]

Dated this 10 day of August, 2026.

ROSS STORES, INC., ROSS DRESS FOR LESS, INC.

______________________________
(Signature of Party)

IT IS SO ORDERED.

Dated: August 19, 2026

______________________________
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE