IAN M. MCMENEMY, ESQ.
Nevada Bar No. 13190
IAN@mcmenemyholmes.com
DUSTUN H. HOLMES, ESQ.
Nevada Bar No. 12776
DHH@mcmenemyholmes.com
**McMENEMY | HOLMES PLLC**
1645 Village Center Circle, Suite 291
Las Vegas, Nevada 89134
Telephone: 702.874.4878
Facsimile: 702.874.4969
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LILLIAN KELLY, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>ROSS STORES, INC., a foreign corporation; ROSS DRESS FOR LESS, INC., a foreign corporation; DOE INDIVIDUALS I-X, and ROE BUSINESS ENTITIES I-X,<br><br>Defendants. | Case No. 2:24-cv-01258-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND MOTION DEADLINES**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend deadlines regarding Defendants' Motion for Sanctions for Spoliation of Plaintiff's Boots and Plaintiff's Motion for Sanctions for Spoliation of Evidence in the above-captioned case by sixty (60) days.

Good cause and excusable neglect exists for the requested extension. This Request for an extension of time is not sought for to delay the proceedings or for any improper purpose. The parties have been diligently working to complete discovery and schedule depositions. However, there have been difficulties coordinating the depositions of the parties, including out-of-state witnesses. The parties have conducted multiple meet and confers on these issues to alleviate motion practice, which

have prevented the parties from complying with LR 26-3 in regard to submitting this stipulation and order before twenty-one (21) days of the motion deadline. The Parties could not have foreseen issues and the inability to conduct the depositions when the Court ordered the deadline. For those reasons, the parties respectfully request an extension of deadlines for the above Motions in this matter to allow the parties additional time to conduct depositions that may be relevant and necessary for the Motions.

This is the first request for extension of time regarding these particular deadlines in this matter. The parties respectfully submit that the reasons set forth above constitute good cause and inexcusable for the extension. There will be three (3) depositions taken in November and December that will address the issues for which the above Motions will address. For these reasons, there is sufficient good cause and inexcusable neglect to grant this short sixty (60) day extension.

**I. <u>CURRENT MOTION DEADLINES</u>:**

| | | |
|---|---|---|
| 1. | Motions for Sanctions for Spoliation of Evidence | November 19, 2026 |
| 2. | Opposition to Motions: | December 3, 2026 |
| 3. | Reply in Support of Motions: | December 10, 2026 |

**II. <u>PROPOSED EXTENSION FOR MOTION DEADLINES</u>:**

| | | |
|---|---|---|
| 1. | Motions for Sanctions for Spoliation of Evidence | January 19, 2027 |
| 2. | Opposition to Motions: | February 2, 2027 |
| 3. | Reply in Support of Motions: | February 9, 2027 |

WHEREFORE, the parties respectfully request this Court to extend the Motions deadlines at least sixty (60) days regarding the Motions for Sanctions for Spoliation of Evidence in the above-captioned case from the current deadline to January 19, 2027, and extend the other dates as outlined in accordance with the dates above.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED the 19th day of November, 2026.<br><br>**MCMENEMY HOLMES PLLC**<br><br>/s/ *Ian M. McMenemy* .<br>IAN M. McMENEMY, ESQ., NBN 13190<br>DUSTUN H. HOLMES, ESQ., NBN 12776<br>1645 Village Center Circle, Suite 291<br>Las Vegas, Nevada 89134<br>Attorneys for Plaintiff | DATED the 19th day of November, 2026.<br><br>**KLINEDINST PC**<br><br>/s/ *attached*<br>NATALIE P. VANCE, ESQ., NBN 17006<br>4730 South Fort Apache Road, Suite 230<br>Las Vegas, Nevada 89147<br>Attorneys for Defendants |

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATE: November 24, 2026

| | |
|---|---|
| DATED the ___ day of November, 2026.<br><br>**MCMENEMY HOLMES PLLC**<br><br>*/s/ Ian M. McMenemy*<br>IAN M. McMENEMY, ESQ., NBN 13190<br>DUSTUN H. HOLMES, ESQ., NBN 12776<br>1645 Village Center Circle, Suite 291<br>Las Vegas, Nevada 89134<br>Attorneys for Plaintiff | DATED the ___ day of November, 2026.<br><br>**KLINEDINST PC**<br><br>/s/<br>NATALIE P. VANCE, ESQ., NBN 17006<br>4730 South Fort Apache Road, Suite 230<br>Las Vegas, Nevada 89147<br>Attorneys for Defendants |

**ORDER**

IT IS SO ORDERED.

_______________________________________
UNITED STATES DISTRICT COURT JUDGE